of the children as might, for prudential reasons, be committed to her custody for support or education.''

The court is, therefore, of the opinion that the facts found by the chancellor were not sufficient to justify him in modifying the allowance of alimony made in the decree. The order of the Circuit Court is reversed.

*Reversed.*

---

### The People of the State of Illinois ex rel. James O'Brien, Defendant in Error, v. City of Chicago et al., Plaintiffs in Error.

### Gen. No. 21,797. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Writ dismissed. Opinion filed March 28, 1917.

## Statement of the Case.

Mandamus by the People of the State of Illinois on the relation of James O'Brien, relator, against the City of Chicago, Harmon M. Campbell, Elton Lower and John J. Flynn, Civil Service Commissioners of the City of Chicago, Thomas O'Connor, fire marshal, and Michael Zimmer, comptroller of the City of Chicago, respondents, to compel respondents to place relator's name on the roster of pipemen of the fire department of the City of Chicago. From a judgment for relator, respondents bring error.

SAMUEL A. ETTELSON, for plaintiffs in error; ROY S. GASKILL, of counsel.

No appearance for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1111*—*when case dismissed for failure to file brief.* Under Rule 22 of the Appellate Court, on appellant's failure to file brief of counsel, writ of error will be dismissed when cause is reached in its regular order, notwithstanding appellee has filed no appearance or brief, as appellee is not required to file appearance by any given day, or brief until appellant has filed one.

---

## Louis W. Hill and Watson P. Davidson, Defendants in Error, v. Nathan Aronson, Plaintiff in Error.

### Gen. No. 21,807.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed March 28, 1917.

## Statement of the Case.

Judgment by confession by Louis W. Hill and Watson P. Davidson, plaintiffs, against Nathan Aronson, defendant, under a *cognovit* contained in a lease. From a denial of defendant's motion to vacate same and for leave to plead, defendant brings error.

WEINBERG & GROLLMAN, for plaintiff in error; LOUIS L. KAHN, of counsel.

KING, BROWER & HURLBUT, for defendants in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.